urges, however, that because plaintiff was employed at the hospital the hospital records should have been admissible. We are of the opinion that the trial court properly excluded the evidence. Whether or not plaintiff was an employee of the hospital, the records, as demonstrated by the offer of proof, would have constituted prejudicial hearsay evidence.

For the reasons stated, the judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

DEMPSEY, P. J., and McGLOON, J., concur.

LUSTRE PRODUCTS CORPORATION, Plaintiff-Appellee, *v.* FRANK DEMICHEL *et al.*, Defendants—(JACK RUKIN, d/b/a MIRROR GLAZE DISTRIBUTORS, Defendant-Appellant.)

(No. 54812;

First District (5th Division)—July 13, 1973.

*Rehearing denied August 13, 1973.*

Opinion by Mr. JUSTICE ENGLISH.

Louis P. Yangas, of Chicago, (Stanley Werdell, of counsel,·) for appellant.

Edward A. Berman and Edwin M. Raffel, both of Chicago, for appellee.